# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cr-00290-RBW |
| Jeffrey Alexander Smith | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeffrey Alexander Smith                                                                                                    .

Date:    04/12/2021                                                     /s/John J. Rice
                                                                                       *Attorney's signature*

                                                                                    John J. Rice
                                                                      *Printed name and bar number*

                                                                             Higgs Fletcher & Mack LLP
                                                                             401 West A Street, Suite 2600
                                                                             San Diego, CA 92101

                                                                                            *Address*

                                                                                 ricej@higgslaw.com
                                                                                     *E-mail address*

                                                                                   (619) 236-1551
                                                                                   *Telephone number*

                                                                                   (619) 696-1410
                                                                                       *FAX number*