# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-290 (RBW) |
| ) | |
| JEFFREY ALEXANDER SMITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on April 27, 2021, via videoconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on June 29, 2021, at 2:00 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, with the consent of the parties, the time from April 27, 2021, until the status hearing scheduled for June 29, 2021, is excluded under the Speedy Trial Act, in order to allow the government to produce additional discovery to the defendant, and to permit counsel to engage in further discussions regarding how this case should be resolved.

**SO ORDERED** this 28th day of April, 2021.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge