**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JEFFREY ALEXANDER SMITH, ) <br> ) <br> Defendant. ) <br> ) | Criminal Action No. 21-290 (RBW) |

### ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on June 29, 2021, via teleconference, it is hereby

**ORDERED** that the parties shall appear before the Court for a status hearing on September 3, 2021, at 2:00 p.m., via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that, with the consent of the parties, the time from June 29, 2021, until the status hearing scheduled for September 3, 2021, is excluded under the Speedy Trial Act, in order to allow the government to produce additional discovery to the defendant, and to permit counsel to engage in further discussions regarding how this case should be resolved.

**SO ORDERED** this 6th day of July, 2021.

REGGIE B. WALTON
United States District Judge