UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-290 (RBW) |
| ) | |
| JEFFREY ALEXANDER SMITH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on October 7, 2021, via teleconference, it is hereby

**ORDERED** that the plea hearing currently scheduled for October 28, 2021, at 9:00 a.m., is **CONTINUED** to October 28, 2021, at 12:00 p.m., via videoconference. The plea hearing will be conducted via videoconference at the request of counsel and with consent of the government and the defendant. It is further

**ORDERED** that, with the consent of the parties, the time from October 7, 2021, until the plea hearing scheduled for October 28, 2021, is excluded under the Speedy Trial Act, in light of the fact that the parties require additional time to finalize the plea documents in this case.

**SO ORDERED** this 12th day of October, 2021.

_____
REGGIE B. WALTON
United States District Judge