UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 21-cr-290 (RBW) |
| v. | : | |
| | : | |
| **JEFFREY ALEXANDER SMITH,** | : | |
| also known as Alex Smith, | : | |
| | : | |
| Defendant. | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY

By:   /s/ *George Eliopoulos*
GEORGE ELIOPOULOS
Assistant United States Attorney
D.C. Bar No.  390601
555 4th Street, N.W., Room 4205
Washington, D.C. 20530
Telephone:  202-252-6957
george.p.eliopoulos@usdoj.gov