UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 21-cr-290 (RBW)** |
| v. | : | |
| | : | |
| **JEFFREY ALEXANDER SMITH,** | : | |
| also known as Alex Smith, | : | |
| | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO CONTINUE SENTENCING HEARING

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves the Court to continue the sentencing hearing presently scheduled for January 21, 2022, for approximately 30 days. The defense consents to this motion. As grounds for this motion, the government provides the following:

1. Information relevant to the government's position on sentencing has come to light within the last several days and that information needs to be examined and evaluated by the government, the probation office, and the defense. The final presentence report is due on January 14, 2022, and the presentence report writer has advised the undersigned that she will need additional time to investigate the information.

2. The undersigned, who has battled with Covid-19 within his immediate family for the last two weeks, will need additional time to evaluate the new information and properly prepare a sentencing memorandum for the Court.

WHEREFORE, the United States requests that the sentencing hearing be rescheduled for a date in approximately 30 days depending on the availability of the Court and parties.

    Respectfully submitted,

    MATTHEW GRAVES
    UNITED STATES ATTORNEY

By:    /s/ *George Eliopoulos*
    GEORGE ELIOPOULOS
    Assistant United States Attorney
    D.C. Bar No. 390601
    555 4th Street, N.W., Room 4205
    Washington, D.C. 20530
    Telephone: 202-252-6957
    george.p.eliopoulos@usdoj.gov