UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Criminal Action No. 21-290 (RBW) |
| JEFFREY ALEXANDER SMITH, ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the Pretrial Violation Report and the Government's Consent Motion to Continue Sentencing Hearing, and for good cause shown, it is hereby

**ORDERED** that the Government's Consent Motion to Continue Sentencing Hearing, ECF No. 28, is **GRANTED**. It is further

**ORDERED** that, in light of the Pretrial Violation Report, ECF No. 27, the parties shall appear for a status hearing on January 20, 2022, at 11:00 a.m., via videoconference. It is further

**ORDERED** that the sentencing hearing currently scheduled for January 21, 2022, is **CONTINUED** to February 21, 2022, at 10:30 a.m. The parties shall appear via videoconference.

**SO ORDERED** this 11th day of January, 2022.

REGGIE B. WALTON
United States District Judge