UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-290 (RBW) |
| ) | |
| JEFFREY ALEXANDER SMITH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In light of the fact that the defendant has an initial appearance in another court on January 20, 2022, and in light of the Court holiday on February 21, 2022, it is hereby

**ORDERED** that the Court's January 11, 2022 Order is amended as follows:

- The status hearing to discuss the Pretrial Violation Report, ECF No. 27, currently scheduled for January 20, 2022, is **CONTINUED** to January 24, 2022, at 11:30 a.m., via videoconference.

- The sentencing hearing currently scheduled for February 21, 2022, is **CONTINUED** to February 22, 2022, at 10:00 a.m., via videoconference.

**SO ORDERED** this 13th day of January, 2022.

_____
REGGIE B. WALTON
United States District Judge