# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

UNITED STATES OF AMERICA      )
                         )
      v.                )      Criminal Action No. 21-290 (RBW)
                         )
JEFFREY ALEXANDER SMITH,      )
                         )
      Defendant.         )
_____)

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on January 24, 2022, via videoconference, it is hereby

**ORDERED** that the parties shall appear for a status hearing on January 27, 2022, at 11:30 a.m., via videoconference.  It is further

**ORDERED** that the sentencing currently set for February 22, 2022, at 10:00 a.m. is **CONTINUED** to February 22, 2022, at 11:30 a.m., via videoconference.

**SO ORDERED** this 24th day of January, 2022.

_____
REGGIE B. WALTON
United States District Judge