UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal Action No. 21-290 (RBW) |
| JEFFREY ALEXANDER SMITH, | ) |
| Defendant. | ) |

**ORDER**

In accordance with the oral rulings issued by the Court at the status hearing held on January 27, 2022, via videoconference, it is hereby

**ORDERED** that the defendant's conditions of release prior to sentencing are supplemented as follows:

- The defendant shall not be rearrested;

- The defendant shall comply with all required reports to the Pretrial Services Agency;

- The defendant shall request in writing and receive written authorization for any travel outside of his resident jurisdiction;

- The defendant shall seek written authorization for any change of address;

- The defendant shall promptly report any criminal violations to the Pretrial Services Agency;

- The defendant shall be supervised by the appropriate Pretrial Services Agency in Colorado; and

- The defendant shall not possess any firearms or any other type of weapon.

**SO ORDERED** this 28th day of January, 2022.

REGGIE B. WALTON
United States District Judge