UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No. 21-cr-290 (RBW) |
| JEFFREY ALEXANDER SMITH, : | |
| Defendant. : | |

**NOTICE OF FILING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that the government is providing to the Court on February 18, 2022, the following exhibits to the Government's Sentencing Memorandum. These exhibits were also previously provided to the defense:

Exhibit 1:   41-second audio/video taken by Defendant Smith with his phone on January 6, 2021.

Exhibit 2:   Excerpts of United States Capitol surveillance video of the U.S. Capitol Rotunda doors from January 6, 2021, starting at 2:20 p.m. and ending at 2:40 p.m.

Exhibit 3:   22-second audio/video taken by a Slate reporter on January 6, 2021, at 2:27 p.m. of the U.S. Capitol Rotunda doors.

1

Exhibit 4:   A Metropolitan Police Department Officer's Body Worn Camera video taken on January 6, 2021, starting at 1:38 p.m. until 3:11 p.m.

                                        Respectfully submitted,

                                        Matthew Graves
                                        United States Attorney
                                        D.C. Bar Number 481052

By:  */s/ George P. Eliopoulos*
       George P. Eliopoulos
       Assistant United States Attorney
       555 Fourth St., N.W.
       Washington, D.C. 20530
       202-252-7272
       George.P.Eliopoulos@usdoj.gov