UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-290 (RBW) |
| ) | |
| JEFFREY ALEXANDER SMITH, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the sentencing held on February 22, 2022, via videoconference, it is hereby

**ORDERED** that, on or before March 1, 2022, the defendant shall file his brief regarding whether a split sentence may be imposed in this case pursuant to 18 U.S.C. § 3561. It is further

**ORDERED** that, on or before March 8, 2022, the government shall file its response regarding whether a split sentence may be imposed in this case pursuant to 18 U.S.C. § 3561. It is further

**ORDERED** that the sentencing is **CONTINUED** to March 15, 2022, at 1:30 p.m., via videoconference.

**SO ORDERED** this 22nd day of February, 2022.

_____
REGGIE B. WALTON
United States District Judge