**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-cr-00290 (RBW)** |
| **v.** : | |
| : | |
| **JEFFREY ALEXANDER SMITH,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S NOTICE OF SUPPLEMENTAL AUTHORITY RELATED TO SUPPLEMENTAL SENTENCING MEMORANDUM ADDRESSING SENTENCES THAT INCLUDE INCARCERATION AND PROBATION**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the attached opinion by Judge Royce C. Lamberth dated March 14, 2022, in United States v. James Little, 21-cr-315 (RCL), that supports imposition of a split sentence for petty offenses and the arguments of the United States in the Government's Supplemental Sentencing Memorandum (ECF Doc. 42).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:

*/s/ George Eliopoulos*
George Eliopoulos
D.C. Bar 390601
Assistant United States Attorney
555 Fourth Street, N.W., Fourth Floor
Washington, D.C. 20530
E-mail: george.p.eliopoulos@usdoj.gov
Telephone: (202) 252-6957

*/s/ James I. Pearce*
James I. Pearce
Capitol Breach Appellate Coordinator
United States Attorney's Office
NC Bar No. 44691
555 Fourth Street, N.W.
Washington, DC 20530
James.Pearce@usdoj.gov
(202) 532-4991