AO 83 (Rev. 06/09, DC 3/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JEFFREY ALEXANDER SMITH | )<br>)<br>)<br>)   Case No.   CR 21-290-01 (RBW)<br>)<br>) |
| _____ Defendant _____ | ) |

DOB: 9/1/1987

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information   ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition   ☐ Violation Notice     ☑ Order of Court

| Place: United States District Court<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | Courtroom No.:  16 |
|---|---|
| | Date and Time:   12/05/2022 9:30 am |

This offense is briefly described as follows:

See Probation Petition

Date:       11/10/2022

ANGELA D. CAESAR, Clerk

BY: _____
Issuing officer's signature

MARK COATES - DEPUTY CLERK
Printed name and title

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:   11/15/22

_____
Server's signature

Mike Bohlen   USPC
Printed name and title

RECEIVED

NOV 28 2022

Clerk. U.S. District & Bankruptcy
Courts for the District of Columbia