UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 21-290 (RBW) |
| ) | |
| JEFFREY ALEXANDER SMITH,  ) | |
| ) | |
| Defendant.  ) | |

### ORDER

In accordance with the oral rulings issued by the Court at the reentry progress hearing held on December 12, 2022, via videoconference, it is hereby

**ORDERED** that, on January 30, 2023, at 2:00 p.m., the parties shall appear before the Court for a reentry progress hearing via videoconference.

**SO ORDERED** this 12th day of December, 2022.

REGGIE B. WALTON
United States District Judge