UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JEFFREY ALEXANDER SMITH, )<br>)<br>Defendant. )<br>) | Criminal Action No. 21-290 (RBW)<br><br>**FILED**<br>JAN 3 0 2023<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

### ORDER

In accordance with the oral rulings issued by the Court at the reentry progress hearing held on January 30, 2023, via videoconference, it is hereby

**ORDERED** that, on April 3, 2023, at 12:00 p.m., the parties shall appear before the Court for a reentry progress hearing via videoconference.

**SO ORDERED** this 30th day of January, 2023.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Judge